1
2
3
4
5
6
7
8                **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| CARY SINGLETARY, | ) | NO. SACV 08-00918-JVS (MAN) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING AND ADOPTING |
| | ) | |
| v. | ) | FINDINGS, CONCLUSIONS, AND |
| | ) | |
| ORANGE COUNTY SUPERIOR COURT, | ) | RECOMMENDATIONS OF UNITED STATES |
| | ) | |
| Respondent. | ) | MAGISTRATE JUDGE |
| _____ | ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge.  The time for filing Objections has passed, and no Objections have been filed.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

1        IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2   Order and the Judgment on petitioner.

3

4   DATED: November 18, 2008

5

6   _____

7            JAMES V. SELNA
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28