# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY SINGLETARY, ) | NO. SACV 08-00918-JVS (MAN) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| ORANGE COUNTY SUPERIOR COURT, ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 18, 2008

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE